UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    19-24165
CAMPBELL, DANIEL P                                  Chapter:     7
                                                    Judge:       KCF

**NOTICE OF PROPOSED ABANDONMENT**

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>October 1, 2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 1200 NEPTUNE AVE., BEACHWOOD, NJ 08722
> The debtor(s) purchased the property in 2009 for $274,000. The property is valued at $241,500 based upon a Comparative Market Analysis.

> Liens on property:
>
> QUICKEN LOANS - $260,797

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24165-KCF
Daniel P Campbell                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: pdf905          Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db            +Daniel P Campbell,    PO Box 514,    Point Pleasant Beach, NJ 08742-0514
518364223     +American Express,    PO Box 8218,    Mason, OH 45040-8218
518364224     +BMW Bank of North America,    2735 E. Parleys Way,    #301,    Salt Lake City, UT 84109-1666
518364227     +EZ Pass,    PO Box 5042,    Woodbridge, NJ 07095-5042
518364228     +First Credit Services, Inc.,    377 Hoes Lane,    Suite 300B,    Piscataway, NJ 08854-4138
518364230     +JPMCB Card Services,    PO box 15369,    Wilmington, DE 19850-5369
518364231     +KML Law Group,    Sentry Office Plaza,    216 Haddon Ave., Suite 406,    Westmont, NJ 08108-2812
518364237     +State of New Jersey,    Division of Taxation,    PO Box 242,    Trenton, NJ 08646-0242
518364238     +State of New Jersey Attorney General,    Division of Law,    Richard J. Hughes Justice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518364240     +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518371589     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 27 2019 23:46:21
                BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
518364225     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 27 2019 23:45:42       BMW Financial Services,
                PO Box 78066,    Phoenix, AZ 85062-8066
518364226     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 23:46:00       Capital One,
                Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
518364229     +E-mail/Text: cio.bncmail@irs.gov Aug 27 2019 23:30:16      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
518364232     +E-mail/Text: bncnotices@becket-lee.com Aug 27 2019 23:30:03       Kohls,    PO Box 3115,
                Milwaukee, WI 53201-3115
518364233     +E-mail/Text: bankruptcy@nbtbank.com Aug 27 2019 23:31:16       NBT Bank NA,    20 Mohawk St.,
                Canajoharie, NY 13317-1144
518364234     +E-mail/Text: bnc@nordstrom.com Aug 27 2019 23:30:07      Nordstrom/TD,    13531 E. Caley Ave.,
                Englewood, CO 80111-6505
518364235     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 27 2019 23:31:14       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
518364236     +E-mail/Text: bkrpt@retrievalmasters.com Aug 27 2019 23:30:53       RMCB,    PO Box 1235,
                Elmsford, NY 10523-0935
518366250     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2019 23:34:08       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518364239      E-mail/Text: bankruptcy@td.com Aug 27 2019 23:30:59      TD Bank,    Attn: Bankruptcy Dept,
                ME2-002-035,    PO Box 9547,    Portland, ME 04112
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Brian D. Winters    on behalf of Debtor Daniel P Campbell kwwlawfirm@aol.com,
               garciakww@gmail.com;kimberlylrichterllc@gmail.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Aug 27, 2019
                               Form ID: pdf905             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 6